**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30021 |
| Plaintiff - Appellee, | D.C. No. 4:14-cr-00052-BMM-1 |
| v. | |
| RONALD JOSEPH FOURHORNS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Brian M. Morris, District Judge, Presiding

Submitted September 16, 2015**

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Ronald Joseph Fourhourns appeals from the district court's judgment and

challenges the 210-month sentence imposed following his guilty-plea conviction

for bank robbery, in violation of 18 U.S.C. § 2113(a).   Pursuant to *Anders v.

California,* 386 U.S. 738 (1967), Fourhorns's counsel has filed a brief stating that

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Fourhorns the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Fourhorns has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the waiver, we dismiss Fourhorns's appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**